# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2013

147789 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANGELA SHAFT,
        Plaintiff-Appellee,

v

                                 SC: 147789
                                 COA: 315030
                                 Ingham CC: 12-000070-CL

JACKSON NATIONAL LIFE INSURANCE
COMPANY,
        Defendant-Appellant.

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 4, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

       We further ORDER that the proceedings in the Ingham Circuit Court are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2013 _____

p1030



                                Clerk